# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTHONY DIAZ, et al.,** | : | Civil No. 3:24-CV-856 |
| Plaintiffs, | : | |
| v. | : | |
| **DARREN GELBER, et al.,** | : | (Magistrate Judge Carlson) |
| Defendants. | : | |

## ORDER

AND NOW, this 9th day of January 2025, in accordance with the accompanying Memorandum IT IS ORDERED that the plaintiff's motion to compel, (Doc. 38), is DENIED without prejudice to renewal of the motion, if necessary, following resolution of the pending motions to dismiss.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge