# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY DIAZ, et al., | : | Civil No. 3:24-CV-856 |
| Plaintiffs, | : | |
| v. | : | |
| DARREN GELBER, et al., | : | (Magistrate Judge Carlson) |
| Defendants. | : | |

## ORDER

AND NOW, this 6th day of February 2025, in accordance with the accompanying Memorandum IT IS ORDERED that the plaintiff's motion to reconsider, (Doc. 46), is DENIED without prejudice to renewal of discovery motions, if necessary, following resolution of the pending motions to dismiss.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge