# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY DIAZ, et al., | : | CIV. NO. 3:24-CV-00856 |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | (Magistrate Judge Carlson) |
| | : | |
| DARREN GELBER, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 21st day of March 2025, for the reasons set forth in the accompanying Memorandum Opinion, the defendants' motions to dismiss, (Docs. 32, 33), are GRANTED, the plaintiff's complaint is DISMISSED, and the clerk is DIRECTED to CLOSE this case.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge

1